AO 245B    (Rev. 9/00) Judgment in a Criminal Case
           Sheet 1

FILED

07 AUG 20 PM 1: 46

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA            JUDGMENT IN A CRIMINAL CASE
                v.                  (For Offenses Committed On or After November 1, 1987)
GLADYS BERMUDEZ-VELEZ               Case Number: 07CR00571-LAB

                                    STEPHEN D. LEMISH
                                    Defendant's Attorney

REGISTRATION NO. 02903298

☐

THE DEFENDANT:
☒ pleaded guilty to count(s)   ONE OF THE SUPERSEDING INFORMATION

☐ was found guilty on count(s) _____
   after a plea of not guilty.
   Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 1542 | USE OF A PASSPORT SECURED BY FALSE STATEMENT (FELONY) | S1 |

        The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant
to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☒ Count(s)  Underlying indictment   is ☒ are ☐ dismissed on the motion of the United States.

☒ Assessment : $ 100.00

☒ Fine $1000.00

        IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence,
or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the
defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

                                    AUGUST 13, 2007
                                    Date of Imposition of Sentence

                                    /s/ Larry A. Burns
                                    HON. LARRY ALAN BURNS
                                    UNITED STATES DISTRICT JUDGE

                                    Entered Date:

                                    07CR00571-LAB

AO 245B     (Rev. 9/00) Judgment in a Criminal Case
              Sheet 4—Probation

Judgment—Page   2   of   4

DEFENDANT: GLADYS BERMUDEZ-VELEZ
CASE NUMBER: 07CR00571-LAB

## PROBATION

The defendant is hereby sentenced to probation for a term of:
    5 YEARS

### MANDATORY CONDITIONS

The defendant shall not commit another federal, state or local crime.
The defendant shall not illegally possess a controlled substance.
The defendant shall cooperate as directed in the collection of a DNA sample, pursuant to 18 USC 3583(d).
*For offenses committed on or after September 13, 1994:*

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter. Testing requirements will not exceed submission of more than   4   drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the special conditions imposed.

### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 9/00) Judgment in a Criminal Case
Sheet 4 — Continued 2 — Probation

Judgment—Page 3 of 4

DEFENDANT: GLADYS BERMUDEZ-VELEZ
CASE NUMBER: 07CR00571-LAB

## SPECIAL CONDITIONS OF SUPERVISION

☐ Not possess any firearm, explosive device or other dangerous weapon.

☐ Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

☒ The defendant shall violate no laws, federal, state and local, minor traffic excepted.

☐ If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer within 72 hours of any reentry to the United States; supervision waived upon deportation, exclusion, or voluntary departure.

☐ Not transport, harbor, or assist undocumented aliens.

☐ Not associate with undocumented aliens or alien smugglers.

☒ Not reenter the United States illegally.

☐ Not enter the Republic of Mexico without written permission of the Court or probation officer.

☐ Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

☐ Not possess any narcotic drug or controlled substance without a lawful medical prescription.

☐ Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

☐ Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

☐ Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.

☐ Participate in a mental health treatment program as directed by the probation office.

☐ Provide complete disclosure of personal and business financial records to the probation officer as requested.

☐ Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

☐ Seek and maintain full time employment and/or schooling or a combination of both.

☐ Resolve all outstanding warrants within _____ days.

☐ Complete _____ hours of community service in a program approved by the probation officer within

☐ Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of

☐ Reside in a Residential Reentry Center (RRC) as directed by the Bureau of Prisons for a period of commencing upon release from imprisonment.

☐ Remain in your place of residence for a period of _____ , except while working at verifiable employment, attending religious services or undergoing medical treatment.

☐ Not engage in any form of telemarketing, as defined in 18 USC 2325, without the written permission of the probation officer.

☐ Comply with the conditions of the Home Confinement Program for a period of _____ months and remain at your residence except for activities or employment as approved by the court or probation officer. Wear an electronic monitoring device and follow procedures specified by the probation officer. Pay the total cost of electronic monitoring services, or a portion if deemed appropriate by the probation officer.

☐ Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

☐ Cooperate as directed in the collection of a DNA sample.

07CR00571-LAB

AO 245S    Judgment in Criminal Case
        Sheet 5 — Criminal Monetary Penalties

Judgment — Page __4__ of __4__

DEFENDANT:
CASE NUMBER:

# FINE

The defendant shall pay a fine in the amount of _____$1000.00_____ unto the United States of America.

This sum shall be paid  __X__ immediately.
                                ____ as follows:

The Court has determined that the defendant __does not__ have the ability to pay interest. It is ordered that:

__X__ The interest requirement is waived.

____ The interest is modified as follows:

```
** TX STATUS REPORT **              AS OF   AUG 13 2007 13:50   PAGE.01

                                           USMS - SAN DIEGO


     DATE  TIME         TO/FROM       MODE    MIN/SEC   PGS   CMD#   STATUS
 01  08/13 13:45  6616034             EC--S   00'22"    001   241    OK
 03  08/13 13:50  16195577880         EC--S   00'24"    001   241    OK
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED 2007 AUG 13 A 1:20

UNITED STATES OF AMERICA ) CASE NUMBER __07CR571-LAB__
U.S.
SOUTH..  vs          ) ABSTRACT OF ORDER
Gladys Bermudez-Velez ) Booking No. __02903298__ CC/x
                      )
                      )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:
Be advised that under date of ___8/13/07___
the Court entered the following order:

__✓__ Defendant be released from custody.                    __5 YRS.__
__✓__ Defendant placed on supervised / unsupervised probation / __supervised release__.
_____ Defendant continued on supervised / unsupervised probation / supervised release
      and released from custody.
_____ Defendant released on $_____ bond posted.
_____ Defendant appeared in Court. FINGERPRINT & RELEASE.
_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
      _____ dismissing appeal filed.
_____ Bench Warrant Recalled.
_____ Defendant forfeited collateral.
_____ Case Dismissed.
_____ Defendant to be released to Pretrial Services for electronic monitoring.
_____ Other._____

                                        __LARRY A. BURNS__
                                        UNITED STATES MAGISTRATE JUDGE
                                                      DISTRICT
                                                      OR
Received __W Trull__                    W. SAMUEL HAMRICK, JR.  Clerk
         DUSM                           by
                                                Deputy Clerk
                                            T. Unsham

Crim-9 (Rev 6-95)                                    * U.S. GPO: 1996-783-398/40151

MARSHAL'S